In the Interest of A.G., A Child.

**James TWOMEY, Petitioner
and Appellee,**

v.

**J.G. and M.G., Respondents,**

**A.G., Respondent and Appellant.**

Civ. No. 11002.

Supreme Court of North Dakota.

March 19, 1986.

James Twomey, [argued] Asst. States Atty., Fargo, for petitioner and appellee.

C. Charles Chinquist, [argued], guardian ad litem for A.G., Fargo, for respondents and appellants.

PER CURIAM.

The trial court determined that A.G. was an "unruly child" under N.D.C.C. § 27–20–02 for habitual truancy because she was kept from school for a home learning program supervised by her parents. Our recent decision, *In the Interest of C.S.*, 382 N.W.2d 381 (N.D.1986), held that a child cannot be found "unruly" in these circumstances. That decision is controlling and dispositive. Reversed.

ERICKSTAD, C.J., and MESCHKE, LEVINE, VANDEWALLE and GIERKE, JJ., concur.